IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MECHELLE DOUGLAS,                              3:11-cv-00770-HU

        Plaintiff,                              ORDER

  v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.

MARSH, Judge

    Magistrate Judge Hubel issued a Findings and Recommendation on August 28, 2012, recommending that the Social Security Commissioner's final decision be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). No objections have been timely filed.

    When neither party objects to a Magistrate Judge's Findings and Recommendation, this court is relieved of its obligation to review the record *de novo*. <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); <u>see also</u> <u>United States v.</u>

1 - ORDER

Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, I find no error.

Accordingly, the court ADOPTS Magistrate Judge Hubel's Findings and Recommendation (#28) and this proceeding is DISMISSED.

IT IS SO ORDERED.

DATED this **27** day of September, 2012.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER